IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KAREN COLEY-CANNON and
KATHY DAUGHTRY,

      Appellants,

v.

STATE OF FLORIDA,
DEPARTMENT OF
TRANSPORTATION, THE
ESTATE OF ETHEL E.
ANDREWS, a/k/a ETHEL M.
ANDREWS, f/k/a EMMA
COLEY; all heirs, beneficiaries,
devisees, legatees, spouses, and
creditors of ETHEL E.
ANDREWS, a/k/a ETHEL M.
ANDREWS; and TERESA
PHILLIPS, BRADFORD
COUNTY TAX COLLECTOR,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3496

_____/

Opinion filed February 25, 2015.

An appeal from the Circuit Court for Bradford County.
Phyllis M. Rosier, Judge.

Menelaos K. Papalas and Charles D. Griffith of GrayRobinson, P.A., Jacksonville, for Appellants.

Marc A. Peoples, Tallahassee, for State of Florida, Department of Transportation.

PER CURIAM.

AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.